UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE CAPITAL ONE 360 SAVINGS RATE LITIGATION | This Document Relates to All Cases<br><br>Case No. 1:24-md-03111-DJN-LRV |

**PLAINTIFFS' UNOPPOSED MOTION FOR APPOINTMENT OF LEAD COUNSEL AND INTERIM CLASS COUNSEL AND APPOINTMENT OF LOCAL COUNSEL**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, declaration of Philip M. Black and exhibits thereto, and all pleadings and proceedings previously had herein, Plaintiffs hereby move the Court, before the Honorable David J. Novak, pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure and this Court's inherent authority, for an Order designating Wolf Popper LLP as Lead Counsel and Interim Class Counsel and The Kaplan Law Firm as Local Counsel.

Dated: June 21, 2024

Respectfully submitted,

By: /s/ Matthew B. Kaplan
Matthew B. Kaplan
VSB No. 51027
The Kaplan Law Firm
1100 N Glebe Rd
Suite 1010
Arlington, VA 22201
(703) 665-9529
mbkaplan@thekaplanlawfirm.com

*Proposed Local Counsel for Plaintiffs and the Putative Classes*

Chet B. Waldman (*pro hac vice*)
Philip M. Black (*pro hac vice*)
Timothy D. Brennan (*pro hac vice*)

                WOLF POPPER LLP
                845 Third Ave.
                New York, NY 10022
                212-759-4600
                cwaldman@wolfpopper.com
                rfinkel@wolfpopper.com
                pblack@wolfpopper.com
                tbrennan@wolfpopper.com

*Proposed Lead Counsel and Interim Class Counsel*