IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

CAPITAL ONE 360 SAVINGS ACCOUNT
INTEREST RATE LITIGATION

MDL No. 1:24md3111 (DJN)

This document relates to
<u>ALL CASES</u>

**ORDER**
**(Staying Deadlines; Cancelling Court Dates; Setting Schedule)**

This matter comes before the Court upon information from the Special Master that the parties have reached an agreement to resolve this case. As a result, the Court hereby STAYS all deadlines and CANCELS all court dates in this matter, including the May 13, 2025 Class Certification and *Daubert* Hearing, the Final Pretrial Conference on July 8, 2025, and trial itself, which was scheduled to begin with jury selection on July 18, 2025.

In addition, the Court ORDERS the following:

1. The parties shall file a signed memorandum of understanding or settlement agreement with the Court no later than **May 16, 2025.**

2. Plaintiffs' counsel shall file any motion for preliminary approval of the settlement, as well as a proposed schedule for disposition of this matter in accordance with the settlement agreement (provided that the Court grants the motion for preliminary approval) no later than **June 6, 2025.**

3.      The Court will hold a Preliminary Settlement Approval Hearing **on June 16, 2025 at 2:30 p.m.** in Courtroom 601 of the Alexandria Courthouse.

Let the Clerk file a copy of this Order electronically and notify all counsel of record, as well as the Special Master.

It is so ORDERED.

Richmond, Virginia  
Dated: April 22, 2025

/s/  
David J. Novak  
United States District Judge

2