UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
MAILROOM
SEP - 5 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>     Plaintiff,<br><br>- against -<br><br>CAPITAL ONE, N.A. and CAPITAL ONE FINANCIAL CORPORATION,<br><br>     Defendants. | Civil Action No. 1:25-cv-01403-DJN-WBP |
| IN RE: CAPITAL ONE 360 SAVINGS ACCOUNT INTEREST RATE LITIGATION | Civil Action No. 1:24-md-03111-DJN-WBP |

## MOTION TO WITHDRAW AS COUNSEL

  Plaintiff, the People of the State of New York, by Letitia James, Attorney General of the State of New York ("the State") respectfully moves for leave to withdraw the appearance of Jason E. Meade as counsel of record pursuant to Local Civil Rule 83.1(H).

  As of August 15, 2025, Mr. Meade has left the employ of the Office of the Attorney General of the State of New York and is no longer working on this matter. Adam J. Riff and Jane M. Azia will continue to represent the State in this matter. No prejudice will occur as a result of Mr. Meade's withdrawal. Accordingly, the undersigned respectfully requests that this Motion to

Withdraw as Counsel be granted.

Dated: September 4, 2025
New York, New York

                                        LETITIA JAMES
                                        Attorney General of the State of New York

By: _____
       Adam J. Riff (*pro hac vice*)
       Assistant Attorney General
       Bureau of Consumer Frauds and Protection
       28 Liberty Street
       New York, New York 10005
       212-416-6250
       adam.riff@ag.ny.gov

       *Attorney for the People of the State of New York*