UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,<br><br>Plaintiff,<br><br>- against -<br><br>CAPITAL ONE, N.A. and CAPITAL ONE FINANCIAL CORPORATION,<br><br>Defendants. | Civil Action No. 1:25-cv-1403-DJN-WBP <br>~~3:25-cv-00637~~-DJN |
| IN RE: CAPITAL ONE 360 SAVINGS ACCOUNT INTEREST RATE LITIGATION | Civil Action No. 1:24-MD-03111-DJN |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon consideration of the Motion to Withdraw as Counsel and for good cause shown, it is hereby ORDERED that the Motion to Withdraw as Counsel is GRANTED, and the Court strikes the appearance of Jason E. Meade as counsel for Plaintiff, the People of the State of New York, by Letitia James, Attorney General of the State of New York.

It is so ORDERED.

_____
David J. Novak
United States District Judge

Alexandria, Virginia
Dated: September ___, 2025