

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

JANE M. AZIA  
BUREAU CHIEF  
BUREAU OF CONSUMER FRAUDS AND PROTECTION

September 4, 2025

United States District Court – EDVA  
Attn: Clerk's Office  
401 Courthouse Square  
Alexandria, VA 22314

Re: **The People of the State of New York, by Letitia James v. Capital One, N.A. et al (No. 1:25-cv-01403-DJN-WBP)** *and* **In Re: Capital One 360 Savings Account Interest Rate Litigation (No. 1:24-md-03111-DJN-WBP)**

Greetings:

I am counsel to Plaintiff the State of New York in the civil actions referenced above (Nos. 1:25-cv-01403-DJN-WBP and 1:24-md-03111-DJN-WBP). Enclosed with this letter is a motion to withdraw Jason E. Meade as counsel for Plaintiff, and a proposed order for the Court's consideration.

If you have any questions or require additional information, do not hesitate to contact me. Thank you for your attention to this matter.

Respectfully,

Adam J. Riff  
Assistant Attorney General  
(212) 416-6250  
adam.riff@ag.ny.gov

28 LIBERTY STREET, NEW YORK, NY 10005 ● PHONE (212) 416-8300 ● FAX (212) 416-6003 ● WWW.AG.NY.GOV