# FedEx Express — Package US Airbill

FedEx Tracking Number: 8176 0790 4580
Form ID No.: 0215
Recipient's Copy

## 1 From
Date: 9/4/2025
Sender's Name: Adam J. Riff
Phone: 212-416-8806
Company: NYC
Address: 28 LIBERTY ST FL 15
City: NEW YORK   State: NY   ZIP: 10005-1400

## 2 Your Internal Billing Reference

## 3 To
Recipient's Name: Attn: Clerk's Office
Phone: [illegible]
Company: United States District Court - EDVA
Address: 401 Courthouse Square
City: Alexandria   State: [VA]   ZIP: [illegible]

Stamp: U.S. MARSHALS INSPECTED

## 4 Express Package Service

## 5 Packaging

## 6 Special Handling and Delivery Signature Options

## 7 Payment

Barcode: 8176 0790 4580

611