

**CERRIS BUILDERS**

3712 Helios Way
Pflugerville, TX 78660

Clerk of the Court, U.S. Courthouse Albert V. Bryan
401 Courthouse Square
Alexandria, VA 22314