Michale Stanberry
214 Champagne St.
Greenwood, MS 38930
Ph 662-298-6216
email stanberrymichale@yahoo.com

Clerk of the Court
United State District Court
Eastern District of Virginia
Albert V. Bryan United Courthouse
401 Courthouse Square,
Alexsandria, VA 22314

The name and number of
of this action (In re. Capital One 360 savings Account intrest Rate Litigation No. 1:24-MD-03111-DJN).(E.D.Va)

Michale Stanberry 214 Champagne St. Greenwood, MS 38930 phone 662 298 6216 email stanberrymichale@yahoo.com

The name of the counsel Michale Stanberry

The Statement applies to me and the subset of the settlement the objection applies only to me and the entire settlement class.

The statement of the specific ground for the ojection I have had a accountholder Capital One historical account balances from 1998 July 13 to 2025 the $300 million Settlement Fund.

This is the $5,600 I made to Currency Exchange International on July 13-1989 Etrade Capital one sharbuilder Web street securities, Inc.

$125 million for increased Interest payment going forward who continue to maintain a account. And I continue to maintain an account

~~A statm~~ A statement weather I intend to appear
Yes I intend to appear at the final hearing
The detailed Description of any evidence is that I have been a Capital One Sharebulider since 1998 up until 2025
And I have included copies of the exhibits for the for the Final Approval Hearing.
In my written objection.

Michale Stanberry
214 Champagne St.
Greenwood, Ms 38930
email stanberry michale@yahoo.con

# Email Notice - Capital One 360 Savings Account Interest Rate Litigation

From: Capital One 360 Savings Account Interest Rate Litigation Settlement Administrator (capitalone360savingsaccountlitigation@e.epiqnotice.com)

To: stanberrymichale@yahoo.com

Date: Friday, August 8, 2025 at 05:37 PM CDT



**Subject:"Important Legal Notice of Class Action Settlement - 360 Savings Account Interest Rate Litigation"**

A class action settlement has been proposed that, if approved by the Court, would resolve the lawsuit titled *In re Capital One 360 Savings Account Interest Rate Litigation*, No. 1:24-md-03111-DJN (E.D. Va.). The lawsuit concerns allegations that Capital One acted deceptively regarding the marketing and payment of interest on its 360 Savings account product. Capital One, N.A. and Capital One Financial Corporation ("Capital One" or "Defendants") deny any wrongdoing, and the Court has not determined that Capital One did anything wrong.

**Who is included?** You are receiving this notice because records show you are a member of the Settlement Class, defined as all persons or entities who are or were 360 Savings accountholders at any time from September 18, 2019, through June 16, 2025.

**What does the Settlement provide?** The Settlement provides for $425 million consisting of (1) a $300 million Settlement Fund to be used to make cash payments to 360 Savings accountholders in relation to their historical account balances; and (2) $125 million to be used to make increased interest payments going forward for customers who continue to maintain 360 Savings accounts. You do not need to file a claim to receive a cash payment; if you do nothing, a check will be mailed to your last known address, as long as your payment is $5 or more. You will not receive a mailed check if the amount of the check would be less than $5, but if you choose an electronic payment instead, you will receive your payment no matter the amount. You are therefore strongly encouraged to choose to receive your share of the Settlement Fund as an electronic payment (instead of a check) by visiting www.CapitalOne360SavingsAccountLitigation.com.

| Name1 | Name2 | UniqueID | PIN |
|---|---|---|---|
| MICHALE STANBERRY | | 9634G9J6FJ | 8490 |

The deadline to choose an electronic payment is **October 2, 2025**. The amount and timing of your Settlement benefits will differ depending on whether your 360 Savings account has been closed on or before **October 2, 2025**; please see the Long Form Notice available at www.CapitalOne360SavingsAccountLitigation.com for more details regarding how the payment amounts will be calculated.

**Other options.** If you do not want to be legally bound by the Settlement, you must submit a request to opt out, **postmarked** no later than **October 2, 2025**. If you do not opt out, you will be legally bound by the Settlement, will give up the right to sue Capital One, and will release Capital One from the legal claims that were or could have been brought in this lawsuit. If you opt out, you will receive no benefits from the Settlement Fund. If you do not opt out, you may object to or comment on the Settlement and/or Plaintiffs' Counsel's application for attorneys' fees, expenses, and service awards by **October 2, 2025**. The Long-Form Notice available at www.CapitalOne360SavingsAccountLitigation.com explains how to opt out or object.

The Court will hold a final approval hearing on **November 6, 2025**, to consider whether to approve the Settlement, Plaintiffs' Counsel's requested attorneys' fees of up to 20% of the Settlement amount plus expenses, service awards for the Settlement Class Representatives, and any objections. You or your lawyer, at your own expense, may attend the hearing if you object, but you are not required to do so.

**This notice is only a summary.** More information is available at www.CapitalOne360SavingsAccountLitigation.com or by calling toll-free 1-888-832-2704.

If stanberrymichale@yahoo.com should not be subscribed or if you need to change your subscription information for Capital One 360,

AL615_v04

Important Security Information

From: AT&T (att@message.att-mail.com)
To: stanberrymichale@yahoo.com
Date: Tuesday, July 16, 2024 at 02:39 PM CDT

# AT&T

**Account Information**
**Account Number Ending: 2321**
**Case Number: 49526684-4459**

**Hello,**

We're reaching out to let you know that some of your data was accessed without authorization. Although we have no current indication of any public release or illegal use of your data, we respect the privacy of your information and want to provide you with details about the event.

The number(s) included in the data attached to your account at the time ended in: 2153.

**What happened?**
We found out AT&T call and text records were accessed by cyber-

criminals who have claimed responsibility for unlawful access to other companies in the past. At least one individual has since been arrested.

### What information was involved?

The investigation indicates the data included the phone numbers of your call and text interactions from May 1, 2022 to October 31, 2022. It also included counts of those calls/texts and total call durations for specific days or months.

**The compromised data does not include the content of calls or text messages nor personal information, such as Social Security numbers, birth dates, or financial information. It also does not include some typical information you see in your usage details, such as the time stamp of calls or texts.**

### What is AT&T doing?

Protecting customer data is a top priority. We have confirmed the affected system has been secured. We hold ourselves to high privacy standards and are always looking for ways to improve our security practices.

### What can you do?

It is always advisable to be careful when taking calls from numbers that you do not recognize and stay alert to any fraud or theft attempts.

For more information and details about the information that was accessed, go to **att.com/dataincident**.

For additional tips on privacy and data protection, go to **CyberAware**.

We apologize for any inconvenience and remain committed to protecting the information in our care.

**AT&T Prepaid**

The award for copyright infringement can vary significantly based on the circumstances of the case. Here are some key points to consider when determining the appropriate award from a judge:

- **Statutory Damages:** The copyright owner may elect to recover statutory damages instead of actual damages and profits. These damages can range from $750 to $30,000, with the court's discretion to increase the award to $150,000 if the infringement was willful.
- **Willful Infringement:** If the infringement was committed willfully, the court may increase the statutory damages to a maximum of $150,000 per work.
- **Innocent Infringement:** In cases of innocent infringement, where the infringer can prove that it was not aware of the infringement, the court may reduce the statutory damages to a minimum of $200 per work.
- **Attorney Fees:** The court may also award reasonable attorney fees to the prevailing party, which can be either the copyright owner or the accused infringer.

It is essential for the copyright owner to provide proof of actual damages and profits, and the infringer to prove deductible expenses and the elements of profit attributable to factors other than the copyrighted work. The court's discretion allows for adjustments to the award based on the specific circumstances of the case.

Cornell University              U.S. Copyright Office



**JustAnswer**
https://www.justanswer.com

Sponsored **Find Reliable Copyright Infringement Info Online in Minutes. Chat with a Lawyer Now.**
When You Need Reliable Copyright Law Info Fast, Online Lawyers Are Ready.
No Hidden Charges · Get Response in Minutes · Employment Lawyers · 5 Star Rated Lawyers
"Wonderful! This has been the best investment!" - from consumer review
4.5/5 ★★★★★ (71K reviews)          Site visitors: Over 100K in the past month

**Ask A Lawyer**
https://www.askalawyeroncall.com › greenwood › expert-lawyer

Sponsored **Expert legal advice on any topic. Ask our lawyers your questions and get the guidance.**
Find the legal solution you need. Ask our lawyers your legal questions today.
Helped Over 8MM Worldwide · Trusted by Clients · 12MM+ Questions Answered
"Clear steps forward, patience, and a kind ..." - from consumer review
5/5 ★★★★★ (2,205 reviews)          Site visitors: Over 10K in the past month

```
Report Number: 2407220004 000         Leflore County Sheriff's Office                Page 1 of 2
================================================================================================
Report Number: 2407220004 000    Report Date: 07/22/2024 13:04    Report Type: FRAUD
Location: 00214 CHAMPAGNE ST.
District/Zone:      01
                                                                  Division:
            GREENWOOD, MS 38935
Reporting Officer: RPOWELL - POWELL,RANDY                         Date: 07/22/2024
UCR Status:        NOT APPLICABLE (NOT CLEARED EXCEPTIONALLY)     Date: 07/22/2024


Offenses:
-----------------------------------------Offense 1:---------------------------------------
Offense Type:    97-19-85 - IDENTITY / FRADULENT USE                          COMPLETED
Location:        00214 CHAMPAGNE ST.                        Date: 07/22/2024 13:04
                 GREENWOOD, MS 38935          .             End Date: 07/22/2024 13:04
NIBRS Code: 26A           UCR Code:                         State Code: 97-19-85
District/Zone:   01       Gang Activity: NONE/UNKNOWN       Type Criminal Activity:
Bias Motive:     NONE (NO BIAS)                             ___ Buying/Receiving
Location Type:   RESIDENCE/HOME                             ___ Cultivating/Manufacturing


-----------------------------------------Person 1:---------------------------------------
Person Type:     Victim, Complainant
Person Name:     MICHALE STANBERRY
Date of Birth:   10/27/1961       Age:    062                       Report Age: 062
Social Security: 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      Sex:    M       Race:    B        Ethnicity: N
Address:         00214 CHAMPAGNE ST
                 GREENWOOD, MS 38930
Phone:           (662) 453-9106   Email:



-----------------------------------------Person 2:---------------------------------------
Person Type:     Suspect
Person Name:     PERSON UNKNOWN
Date of Birth:                    Age:                              Report Age: 000
Social Security:                  Sex:    U       Race:    U        Ethnicity: U

Phone:           (000) 000-0000   Email:
-----------------------------------Victim/Offense Relationship---------------------------
Victim Name               Offense                      Description
STANBERRY,MICHALE         97-19-85                     IDENTITY / FRADULENT USE

Property:
-----------------------------------------Property Item 1:--------------------------------
Property Loss: Stolen
Property Type: OTHER              Brand: OTHER              Color:
Value #: 0.00                     Quantity:                 Caliber:
Date Reported: 07/22/2024         Serial Number:
Drug Quantity #: .                Unit Meas:                Drug Type:
Recovered Value: 0.00             Condition:
```

| | | |
|---|---|---|
| **Report Number: 2407220004 000** | Leflore County Sheriff's Office | Page 2 of 2 |

**Narrative:**

MICHALE STANBEERY

ON THE ABOVE DATE AND APPROX. TIME MICHALE STANBERRY CAME INTO THE SHERIFF'S OFFICE STATING SOMEONE STOLE HIS IDENTITY. STANBERRY STATED HE WAS CONTACTED BY AT&T ABOUT HIS DATA WAS ACCESSED WITHOUT AUTHORIZATION. THERE WAS NO CURRENT INDICATION OF ANY PUBLIC RELEASE OR ILLEGAL USE OF HIS DATA. STABERRY STATED HE NEEDED A REPORT. SUBJECT OR SUBJECTS ARE UNKNOWN AT THIS TIME.