Michale Stawberry
214 Champagne St.
Greenwood, MS 38930
662-298-6216

Clerk of the Court
United States District Court
Eastern District of Virginia
Albert V. Bryan United Courthouse
401 Courthouse Square
Alexandria, VA 22314

U.S. POSTAGE PAID
FCM LETTER
GREENWOOD, MS 38930
SEP 16, 2025
$6.08

RECEIVED MAILROOM
SEP 22 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

U.S. MARSHALS
SPIE...

22314-570499