UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE: CAPITAL ONE 360 SAVINGS ACCOUNT INTEREST RATE LITIGATION | Civil Action No. 1:24-md-03111-DJN-WBP |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that at 11:00 a.m. on Thursday, November 6, 2025, or as soon thereafter as they may be heard, counsel for the Attorney General of the State of New York will appear on behalf of *amici curiae* the Attorneys General of New York, Arizona, California, Colorado, Connecticut, Hawaii, Illinois, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, Ohio, Oregon, Rhode Island, and Washington before the Honorable David J. Novak, at the Albert V. Bryan U.S. Courthouse, 410 Courthouse Square, Alexandria, VA 22314, Courtroom 601.

Dated: September 22, 2025
New York, NY

Respectfully Submitted,

**LETITIA JAMES**
Attorney General of the State of New York

By: _____
Adam J. Riff (*pro hac vice*)
C. Chisolm Allenlundy
Assistant Attorneys General
Bureau of Consumer Frauds and Protection
28 Liberty Street
New York, New York 10005
(212) 416-6250
adam.riff@ag.ny.gov

*Counsel for the People of the State of New York, by Letitia James, Attorney General of the State of New York*

Of counsel:
JANE M. AZIA (*pro hac vice*), Bureau Chief
LAURA J. LEVINE, Deputy Bureau Chief