UNITED STATES DISTRICT COURT EASTERN DISTRICT

OF VIRGINIA Alexandria Division

RECEIVED
MAILROOM

OCT - 6 2025

IN RE: CAPITAL ONE 360 SAVINGS

ACCOUNT INTEREST RATE LITIGATION

Case No. 1:24-md-03111-DJN-LRV

 AMENDED COMPLAINT Exclusion from

 CLASS ACTION Council

Plaintiff TOMARI ATIBA DAVIS who's principal office is 2229 Ann st Houston, Texas 77003 ("Plaintiff"), on behalf of themselves and all others similarly situated, by and through their council and who's power of attorney attached,  bring notice of council in case no. (1:24-md-03111-DJN) against Defendants Capital One, N.A. ("CONA") and Capital One Financial Corp. ("COFC") (collectively "Capital One" or "Defendants"), and in support thereof make the allegations herein based upon personal knowledge with respect to themselves, and on information and belief and the investigation of counsel as to all other matters. Pursuant to the exclusion to class members filing due date of October 23, 2025 deadline & of no amendment made to Approval of attorney fee's approved on September 11, 2025 request order for class member exclusion for plaintiff TOMARI ATIBA DAVIS as so ordered and received by said court.

Council

T. A. DAVIS

JacobJohnsonTTEE

311 County Fair
Houston, TX 77080

UNITED STATES DISTRICT JUDGE

Herefore GRANt exclusion From class action in case No: 1:24-md-03111-DJN-LRV

# $425 Million Settlement Reached in Capital One 360 Savings Account Interest Rate Litigation

A class action settlement has been proposed that, if approved by the Court, would resolve the lawsuit titled *In re: Capital One 360 Savings Account Interest Rate Litigation*, No. 1:24-md-03111-DJN (E.D. Va.). The Defendants, Capital One, N.A. and Capital One Financial Corporation (collectively "Capital One" or "Defendants") deny any wrongdoing, and the Court has not determined that Capital One did anything wrong.

This Settlement resolves a class action lawsuit brought against Capital One concerning the interest paid on its 360 Savings account product. Since February 2013, Capital One has offered to members of the general public savings accounts known as 360 Savings accounts. On September 18, 2019, Capital One began offering a separate savings account called 360 Performance Savings, and stopped offering new 360 Savings accounts to customers, though it continued to service existing 360 Savings accounts. Since then, Capital One has paid a higher rate of interest on 360 Performance Savings than it has paid on 360 Savings, though Plaintiffs allege the two accounts are otherwise identical. The Plaintiffs in the Action allege that Capital One failed to raise interest rates on the 360 Savings account commensurate with rates paid on the 360 Performance Savings account, deceptively marketed the 360 Savings account, and concealed (i) that 360 Savings was no longer Capital One's high-yield online savings account; and (ii) the existence of the 360 Performance Savings account—and its higher interest rate—to 360 Savings accountholders. Capital One denies all claims asserted against it in the Action, denies all allegations of wrongdoing and liability, and denies all material allegations of the Complaint. The Court has not determined that Capital One did anything wrong; instead, the Plaintiffs and Capital One have decided to settle the lawsuit.

The Settlement Class includes all persons or entities who are or were 360 Savings accountholders between September 18, 2019, and June 16, 2025.

The Settlement provides for $425 million consisting of: (1) a $300 million Cash Settlement Fund to be used to make cash payments to all 360 Savings accountholders in relation to their account balances (the "Class Cash Payment"); and (2) $125 million to be used to make increased interest payments going forward for customers who continue to maintain 360 Savings accounts.

Settlement Class Members do not need to file a claim to receive a Class Cash Payment; if Settlement Class Members do nothing, a check will be mailed to their last known address, as long as their payment is $5 or more. Settlement Class Members will not receive a mailed check if the amount of the check would be less than $5, but if they choose an electronic payment instead, they will receive their payment no matter the amount. Settlement Class Members are strongly encouraged to choose to receive their share of the Cash Settlement Fund as an electronic payment (instead of a check) by visiting www.CapitalOne360SavingsAccountLitigation.com. The deadline to choose an electronic payment is **October 2, 2025**. The amount and timing of Settlement benefits will differ depending on whether a Settlement Class Member's 360 Savings account has been closed on or before **October 2, 2025**. Please see the full notice at www.CapitalOne360SavingsAccountLitigation.com for more details.

Settlement Class Members who do not want to be legally bound by the Settlement must submit a request to opt out postmarked no later than **October 2, 2025**. If Settlement Class Members do not opt out, they will give up the right to sue Capital One and will release Capital One from the legal claims that were or could have been brought in this lawsuit and released by the Settlement. If Settlement Class Members opt out, they will receive no Class Cash Payment. If Settlement Class Members do not opt out, they may object to or comment on the Settlement and/or Plaintiffs' Counsel's application for attorneys' fees, expenses, and service awards by **October 2, 2025**. The Long Form Notice available at www.CapitalOne360SavingsAccountLitigation.com explains how to opt out or object.

The Court will hold a final approval hearing on **November 6, 2025**, to consider whether to approve the Settlement, Plaintiffs' Counsel's requested attorneys' fees of up to 20% of the settlement amount plus expenses, service awards for the Settlement Class Representatives, and any objections. Settlement Class Members or their lawyer, at their own expense, may attend the hearing if they object, but they are not required to do so.

The foregoing is only a summary. More information is available at www.CapitalOne360SavingsAccountLitigation.com or by calling toll-free 1-888-832-2704.