IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

CAPITAL ONE 360 SAVINGS ACCOUNT
INTEREST RATE LITIGATION

MDL No. 1:24md3111 (DJN)

This document relates to
<u>ALL CASES</u>

**<u>ORDER</u>**
**(Notice of Final Approval Hearing)**

This matter comes before the Court on its own initiative. In accordance with its June 16, 2025 Order (ECF No. 174), the Court hereby provides notice to the public of the hearing scheduled for November 6, 2025, at 11:00 a.m., at the United States District Court for the Eastern District of Virginia, Albert V. Bryan United States Courthouse, 401 Courthouse Square, Alexandria, VA 22314, Courtroom 601. At that hearing, the Court will address: (a) whether the proposed class should be certified for purposes of the proposed class action settlement in this matter; (b) whether the proposed settlement should be finally approved as fair, reasonable and adequate and whether a final approval order should be entered; and (c) whether class counsel's applications for attorneys' fees, expenses and payment of service awards to the class representatives should be approved. Any class member who provided a timely objection pursuant to the requirements set forth in the Court's June 16, 2025 Order shall have the right to appear and be heard at the hearing. Such class members may appear either personally or through

an attorney retained at the class member's own expense. The Court does not provide virtual access to the hearing, and virtual participation is not permitted.

Let the Clerk file a copy of this Order electronically and notify all counsel of record, as well as the Special Master.

It is so ORDERED.

                                                         /s/
                                            David J. Novak
                                            United States District Judge

Alexandria, Virginia
Dated: October 30, 2025