# CIVIL MOTION MINUTES

Date: 11/06/25                                         Judge: D. Novak
                                                        Reporter: R. Stonestreet

Time: 11:00 am- 1:01 pm

Civil Action Number: 1:24md3111

IN RE: CAPITAL ONE 360 SAVINGS ACCOUNT INTEREST RATE LITIGATION

Appearances of Counsel: for        ( X ) Pltf        ( X ) Deft

#196 Motion for Final Approval of Class Action Settlement

Argued &
(  ) Granted    (X) Denied (  ) Granted in part/Denied in part
(  ) Held in Abeyance ( ) Taken Under Advisement   (  ) Continued to (  ) Overruled

(  ) Memorandum Opinion to Follow

(X)   Order to follow