

United States District Court
For the Eastern District of Virginia
E-Noticing Registration Request for Pro Se Litigants

Case Number: 1:24-MD-03111

Name: JAMES DAVID LEWIS JR.

Address: General Delivery
Belgrade, Montana
59714

{Do not send info to this location}

(1.) ~~Telephone Number~~ Email: 711BV280A2@OUTLOOK.COM

(2.) Email Address: TILTROTOR280@OUTLOOK.COM
TILTROTOR280@OUTLOOK.COM

The undersigned:
- Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: /s/ James David Lewis    Date: 1-16-2025

Court Use Only:

The request is GRANTED _____ or DENIED _____

_____        _____
(Judge's Signature)                    (Date)