IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

CAPITAL ONE 360 SAVINGS ACCOUNT
INTEREST RATE LITIGATION

MDL No. 1:24md3111 (DJN)

This document relates to
<u>ALL CASES</u>

### ORDER
**(Scheduling Status Hearing and Ordering Related Filings)**

This matter comes before the Court following the Final Approval Hearing in this class action matter on November 6, 2025, during which the Court rejected the proposed settlement. For the reasons stated during the hearing, the Court hereby SCHEDULES a status hearing for November 21, 2025, at 11 a.m. in courtroom 601 in the Alexandria Courthouse. In advance of the status hearing, the Court hereby ORDERS defense counsel to confer with their client and determine whether their client would accept the opt-out conversion plan along with the single pool of class funds that the Court discussed during the hearing. Counsel for Defendant shall file a pleading no later than November 13, 2025, declaring whether Defendant would agree to the Court's proposal. Thereafter, counsel for Plaintiffs, Defendant and the New York Attorney General's Office shall confer with the Special Master to formulate a schedule going forward dependent on Defendant's decision, such that the Special Master shall file a report with the Court with a proposed schedule for the appropriate scenario no later than November 19, 2025.

If Defendant agrees to the Court's proposal, the Special Master and all counsel shall confer to finalize a settlement that includes the basic framework outlined by the Court and which

also resolves the companion case of *New York v. Capital One*, civil case 1:25cv1403.[1] The Special Master's report in this scenario shall set forth the basic framework of the settlement and a proposed schedule for notice to putative class members and preliminary approval. Additionally, the schedule shall include reports by the Special Master both before the preliminary approval hearing and then again before any final approval hearing about the requested attorneys' fees, using the lodestar method as a cross-check. Those reports shall include an analysis of hourly rates charged to ensure that they conform with rates in the Eastern District of Virginia, as well as an evaluation of work performed to ensure that no double-billing occurred.

If Defendant declines the Court's framework, this case will proceed to trial to begin with jury selection on July 2, 2026, and opening statements/evidence commencing on July 6, 2026. The Court will reserve four weeks for trial, thereby ending by July 31, 2026; however, the report of the Special Master in this scenario shall include an estimate of the anticipated trial length from the parties' perspectives. The parties' estimate should envision consolidation of this case with the companion case of *New York v. Capital One*, civil case 1:25cv1403, for trial purposes and for a bifurcated trial with the first phase addressing liability only, followed by a second phase (if Plaintiffs prevail) that focuses on damages. The Court will conduct a Final Pretrial Conference on June 23, 2026, and argument on summary judgment motions on April 3, 2026. The Special Master's Report in this scenario shall include a timeline for the prompt completion of discovery (to include the companion case of *New York v. Capital One*, civil case 1:25cv1403), and proposed dates for resolution of the pending *Daubert* and class certification motions, as well as a

---

[1] The Court hereby expands the Special Master's duties under Fed. R. Civ. P. 53(b)(20(A) to cover all responsibilities set forth in this Order.

briefing schedule for any summary judgment motions that would result in the motions being ripe by March 20, 2026.

Let the Clerk file a copy of this Order electronically and notify all counsel of record to include counsel for the New York Attorney General's Office, as well as the Special Master.

It is so ORDERED.

                                        /s/
                              David J. Novak
                              United States District Judge

Alexandria, Virginia
Dated: November 6, 2025