*Docket Pacer*
*Damaged New*
*Email Filed*



2025 NOV -7 P 4: 38

# United States District Court
## For the Eastern District of Virginia
### E-Noticing Registration Request for Pro Se Litigants

Case Number: *1:24-MD-03111*

Name: *James David Lewis SR*

Address: *PO General Delivery*
*Belgrade, Montana 59714*

Telephone Number: _____

*Change of Email*

Email Address: *JAMES.DAVID.LEWIS@Proton.me*

*Change to*

The undersigned:
- Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: *[signed]*     Date: *11-7-25*

---

Court Use Only:

The request is GRANTED _____    or DENIED _____

_____     _____
(Judge's Signature)                (Date)