UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: CAPITAL ONE 360 SAVINGS ACCOUNT INTEREST RATE LITIGATION | Civil Action No. 1:24-MD-03111-DJN |

**DEFENDANTS' RESPONSE TO
THE COURT'S NOVEMBER 6, 2025 ORDER**

On November 6, 2025, the Court denied Plaintiffs' motion seeking final approval of the parties' proposed class action settlement. *See* Dkt. 259. The Court stated that it would be inclined to approve a different proposed settlement containing two new terms (the "Terms"): (1) creation and funding by Defendants of a $425 million settlement fund (rather than $300 million as provided for in the parties' proposed settlement); and (2) an "opt out conversion plan" under which holders of 360 Savings accounts would be transferred into 360 Performance Savings accounts absent an accountholder's express contrary direction. The Court ordered Defendants to provide notice by November 13, 2025 whether they would agree to the Terms. *See* Dkt. 260 at 1. In response, Defendants state that they will agree to enter into a binding settlement agreement (the "Proposed Settlement") that contains or is materially consistent with the Terms, provided that (1) the New York Attorney General executes an agreement stating that, if and when the Court grants final approval to any Proposed Settlement, it will dismiss with prejudice its complaint in the case captioned *People of the State of New York, by Letitia James, Attorney General of the State of New York v. Capital One, N.A. and Capital One Financial Corp.*, Civil Action No. 1:25-cv-01403-DJN-WBP (E.D. Va.); and (2) the seventeen other States whose attorneys general appeared as amici to

1

oppose the parties' proposed settlement (*see* Dkts. 209, 210) represent to the Court that they will not object to or otherwise oppose the Proposed Settlement and that, if the Proposed Settlement is approved by the Court, they will not assert claims or pursue an enforcement action of any kind against Defendants relating to the subject matter of this MDL.[1]  Because converting customers' accounts from one savings product to another presents certain challenges, and for the avoidance of doubt, Defendants state further their understanding that any Proposed Settlement will be materially consistent with the Term requiring an "opt out conversion plan" if it causes holders of 360 Savings and 360 Performance Savings accounts to be paid the same rate of interest without temporal restriction, even if it does not result in the transfer of accountholders from one account to another.

        Respectfully submitted this 13th day of November, 2025.

*/s/ David L. Balser*
David L. Balser (*pro hac vice*)
John C. Toro (*pro hac vice*)
Robert D. Griest (*pro hac vice*)
Jeffrey D. Miles (*pro hac vice*)
Mandi E. Youngblood (*pro hac vice*)
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
dbalser@kslaw.com
jtoro@kslaw.com
rgriest@kslaw.com
jmiles@kslaw.com
myoungblood@kslaw.com

---

[1] At the Court's direction, the parties are working with the Special Master in an effort to obtain the necessary representations from these seventeen States' attorneys general.

Jamie Dycus (*pro hac vice*)
Jackie L. Fugitt (*pro hac vice*)
**KING & SPALDING LLP**
1290 Avenue of the Americas
New York, NY 10104
Tel.: (212) 556-2100
jdycus@kslaw.com
jfugitt@kslaw.com

I. Cason Hewgley IV (*pro hac vice*)
**KING & SPALDING LLP**
1100 Louisiana Street
Suite 4100
Houston, TX 77002
Tel.: (713) 751-3200
chewgley@kslaw.com

 /s/ *Bryan A. Fratkin*
Bryan A. Fratkin (VSB No. 38933)
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-1000
Fax: (804) 775-1061
bfratkin@mcguirewoods.com

John S. Moran (VSB No. 84236)
**MCGUIREWOODS LLP**
888 16th Street NW, Suite 500
Washington, DC 20006
Tel.: (202) 828-2817
Fax: (202) 828-3327
jmoran@mcguirewoods.com

*Counsel for Defendants Capital One, N.A.
and Capital One Financial Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                                        */s/ Bryan A. Fratkin*
                                                       Bryan A. Fratkin