FILED

In re: CAPITAL ONE 360 SAVINGS ACCOUNT
INTEREST RATE LITIGATION
MDL No. 1:24-md-03111-DJN-WBP

2025 NOV 19  A 10: 48

PRO SE MOTION FOR BRIEF CONFERENCE WITH SPECIAL MASTER SEEBALD

James David Lewis, Jr., pro se objector, respectfully moves pursuant to ECF Nos. 260 and 261 for a short (15–20 minute) telephonic or in-person conference with Special Master Craig P. Seebald prior to or at the November 21, 2025 status hearing.

The conference will address historical inflows, documented barriers, and principal-balance protections relevant to equitable relief and settlement negotiations, as detailed in my prior and forthcoming filings.

No delay of the Court's schedule is sought.

Respectfully submitted this 17th day of November, 2025.

_/s/ James David Lewis, Jr._
James David Lewis, Jr., Pro Se
[Address / Phone / Email]

Certificate of Service (mailed November 17, 2025 to lead defense counsel and Special Master Seebald c/o Clerk)

*James David Lewis Jr*
11/19/2025

FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA) DIVISION

2025 NOV 19 A 10: 46

JAMES DAVID LEWIS JR
~~Co~~-Plaintiff(s),

v.

Civil Action Number: MDL No. 1:24-md-03111 (DJN)

Capitol ONE NA ET AL
Defendant(s),
Capitol ONE 360 SAVINGS ACCOUNT INTEREST RATE LITIGATION

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of  Email, LEWIS_VTOL-280@Proton.ME
(Title of Document)

LEWIS_VTOL_280@Proton.ME

JAMES DAVID LEWIS JR
Name of Pro Se Party (Print or Type)

Signature of Pro Se Party

Executed on: 11-19-2025 (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

_____
(Name of Pro Se Party (Print or Type)

_____
Signature of Pro Se Party

Executed on: _____ (Date)