IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

CAPITAL ONE 360 SAVINGS ACCOUNT
INTEREST RATE LITIGATION

MDL No. 1:24md3111 (DJN)

This document relates to
<u>ALL CASES</u>

**ORDER**
**(Denying Motion for Conference with Special Master)**

This matter comes before the Court on a "Pro Se Motion for Brief Conference with Special Master Seebald" by James David Lewis, Jr., a class member in this multidistrict litigation ("MDL"). (ECF No. 275 ("Motion").) Lewis seeks to enter this litigation for the fourth time, after the Court rejected his three previous attempts to participate as amicus or intervenor. (ECF Nos. 215, 220, 234, 237, 262, 271.) Lewis is neither a named party nor a class representative in this matter. As such, the Court DENIES Lewis's Motion (ECF No. 275) for lack of merit. The Court ADVISES Lewis that if he continues to abuse the judicial process, he may be subject to sanctions, including a pre-filing injunction. *Cromer v. Kraft Foods N. Am., Inc.*, 390 F.3d 812, 817 (4th Cir. 2004) (permitting pre-filing injunctions, among other sanctions, against vexation and repetitious litigants).

Let the Clerk file a copy of this Order electronically, notify all counsel of record and send a copy to Lewis.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Alexandria, Virginia
Dated: <u>November 21, 2025</u>