# CIVIL MINUTES

Date: 11/21/25    Judge: D. Novak
　　　　　　　　　　　　　　　　　　Reporter: R. Stonestreet

Time: 10:59am – 11:32am

Civil Action Number: 1:24md3111

IN RE: CAPITAL ONE 360 SAVINGS ACCOUNT INTEREST RATE LITIGATION

Status Conference:

Appearances of Counsel:

Plaintiff: Chet Waldman, Carl Stine, Philip Black

Defendants: David Balser, Jamie Dycus, Adam Riff

Special Master: Craig Seebald

Court addressed and arguments were heard regarding the Court's proposed settlement terms and necessary steps to be taken in advance of preliminary approval hearing. Preliminary Approval Hearing set for January 12, 2026 at 11:00 am.

(X)　Order to follow