IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

CAPITAL ONE 360 SAVINGS ACCOUNT
INTEREST RATE LITIGATION

MDL No. 1:24md3111 (DJN)

This document relates to
ALL CASES

## ORDER
### (Setting Briefing Schedule; Scheduling Approval Hearings; Adopting Special Master's Recommendation)

This matter comes before the Court following the November 21, 2025 status hearing in this matter. Following the Court's rejection of the parties' proposed settlement agreement on November 6, 2025, Defendants Capital One Financial Corp. and Capital One, N.A. (collectively, "Defendants" or "Capital One") filed a pleading on November 13, 2025, indicating Capital One's agreement in principle to enter a binding settlement agreement materially consistent with the Court's proposed settlement terms, subject to certain conditions. (ECF No. 264.) To advance settlement in this matter, and as stated from the bench during the status hearing, the Court hereby ORDERS the following:

1.    The Special Master shall prepare two additional reports for the Court. First, the Special Master shall submit an assessment of the historical loss amounts resulting from Capital One's alleged misconduct and what percentage of these loss amounts would stand addressed by a $425 million settlement fund. This report shall also provide an estimate of the value provided to the class over two years by treating holders of 360 Savings accounts in the same manner as 360 Performance Savings accountholders. Second, the Special Master shall provide the Court with

a report concerning Plaintiffs' attorneys' fees. This report shall include an analysis of Plaintiff counsel's billing rates in relation to rates commonly charged in the Eastern District of Virginia, as well as an analysis of Plaintiff counsel's billed hours, with an emphasis on eliminating any double-billing. The deadlines for these additional reports are listed in the schedule below.

2. The parties shall submit to the Court the text of any proposed notice to class members in advance of the Preliminary Approval Hearing.

3. The New York Attorney General's Office and the Attorneys General of the seventeen other states who previously objected to the parties' proposed settlement agreement must provide confirmation, in writing, that they will not pursue further enforcement actions against Capital One for the alleged misconduct complained of in this MDL. Such submissions may take whatever form the parties choose and may be provided to the Court through the Special Master or counsel for the New York Attorney General's Office, so long as they are in writing. These confirmations must be filed with the Court before the Preliminary Approval Hearing.

4. Capital One shall submit confirmation to the Court before the Preliminary Approval hearing that it commits to keeping open the relevant 360 Savings accounts for a fixed period in accordance with the Court's recommendation.

The Court further ADOPTS the Special Master's recommendation regarding notice. (ECF No. 274 at 5.) The parties may proceed with notice by (1) sending notice by email to settlement class members with identifiable and valid email addresses, and (2) sending notice by mail only to those settlement class members for whom the parties do not have email addresses or

whose email addresses are invalid, such that the notice emails were previously undeliverable. This revised notice procedure directly benefits the class by saving $1.5 million in notice costs. The Court finds that this gain in settlement funds vastly outweighs any potential prejudice caused by failing to mail physical notice to all class members.

The Court hereby SCHEDULES a Preliminary Approval Hearing in this matter for January 12, 2026 at 11:00 a.m.  The Court further SCHEDULES a Final Approval Hearing for April 20, 2026 at 11:00 a.m., in the event that the Court grants preliminary approval and the parties satisfy all necessary requirements.

Finally, the Court ORDERS the following schedule going forward:

| Event | Deadline |
|---|---|
| Signed Settlement Agreement | **December 12, 2025** |
| Special Master to File His Report Concerning Status of Representations from State Attorneys General | **December 12, 2025** |
| Preliminary Approval Motion Filed | **December 23, 2025** |
| Preliminary Approval Hearing | **January 12, 2026 at 11:00 a.m.** |
| Special Master to File His Report Concerning Assessment of Loss Amount and Percentage of Recovery that the Settlement Fund Represents | **January 23, 2026** |
| Deadline to Send Notice to Class Members | **February 2, 2026** |
| Special Master to File His Report Concerning Plaintiffs' Counsel's Time Records | **February 18, 2026** |
| Deadline to file Motion for Final Approval and Attorneys' Fees and Expenses | **March 9, 2026** |
| Opt-Out and Objection Deadline, including Deadline to Withdraw Previous Opt-Outs | **March 30, 2026** |
| Deadline to Respond to Objections | **April 6, 2026** |
| Excluded Class Members Filing Due | **April 10, 2026** |
| Certification of Compliance with Notice Plan | **April 10, 2026** |
| Special Master to File His Report Concerning Opt-Outs and Compliance with Payment Terms | **April 15, 2026** |
| Final Approval Hearing | **April 20, 2026 at 11:00 a.m.** |

The Court emphasizes that any proposed settlement agreement in this matter will not affect the separate action before the undersigned concerning Capital One 360 Money Market Accounts. *See Arbeit et al. v. Capital One, N.A. et al.*, Case No. 3:25cv821.

Let the Clerk file a copy of this Order electronically and notify all counsel of record, as well as the Special Master.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Alexandria, Virginia
Dated:  November 21, 2025