

FILED
5/12/2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

IN RE:

CAPITAL ONE 360 SAVINGS
ACCOUNT INTEREST RATE                    Civil Action No. 1:24-MD-03111-DJN-WBP
LITIGATION

**DECLARTION OF MICHELLE COLES IN SUPPORT OF MOTION TO ALTER
JUDGMENT OR PROVIDE RELIEF FROM ORDER SETTING A $25,000 APPEAL
BOND OR, IN THE ALTERNATIVE, STAY THE APPEAL BOND PENDING AN
APPEAL OF THE APPEAL BOND, AND MOTION TO CORRECT THE RECORD**

I, MICHELLE COLES, ESQ., declare and state as follows:

1. I am a Pro Se Objector to the above-captioned litigation and also a member in good standing of the Bar of the District of Columbia. I have personal knowledge of the matters set forth herein. I respectfully submit this Declaration in support of this Objector's Motion To Alter Judgment Setting A $25,000 Appeal Bond Or, In The Alternative, Stay The Appeal Bond Pending Appeal of the Appeal Bond, And Motion to Correct the Record.

2. Attached hereto as Exhibit 1 is a true and correct copy of the United States Postal Service Tracking Information with Tracking Number 9505 5108 4496 6085 2533 17 showing that a package was mailed on (Thursday) March 26, 2026 at 3:30 pm, delivery was attempted in Alexandria, VA 22314 on (Saturday) March 28, 2026, rescheduled for the next business day, and then successfully delivered to its destination in Alexandria, VA 22314 on (Monday) March 30, 2026 at 2:51 pm and "Left with Individual."

3. Attached hereto as Exhibit 2 is the envelope with the Objections that I mailed via United States Postal Service Priority Mail on March 26, 2026 to the U.S. District Courthouse for the Eastern District of Virginia, Alexandria Division located at 401 Courthouse Square, Alexandria, VA 22314-5701 with the same Tracking Number 9505 5108 4496 6085 2533 17 as the Tracking Number in Exhibit 1 showing an "expected delivery day: March 28, 2026."

4. Attached hereto as Exhibit 3 is the "U.S. Marshals Inspected" envelope containing the Objections that I mailed to the U.S. District Courthouse for the Eastern District of Virginia, Alexandria Division, which was filed *In re Capital One 360 Savings Account Interest Rate Litigation*, 1:24-MD-03111-DJN-WBP with the Objection (ECF No. 322) as ECF No. 322-5 on April 1, 2026, two days after the USPS Tracking Information shows that the package was delivered to the courthouse.

5. On April 6, 2026, class counsel filed a motion for a $6 million appeal bond. On April 7, 2026, the Court issued an order directing any objectors to the proposed class settlement who wished to file an opposition to Plaintiffs' motion for an appeal bond to make such a filing with the Court no later than April 15, 2026 (ECF No. 329).This briefing schedule did not permit sufficient time to research, draft, and mail a response to the Court so the Undersigned arranged for the Opposition to the Motion for an Appeal Bond to be hand delivered to the Court by the April 15, 2026 deadline.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Opposition to the Motion for an Appeal Bond that was hand delivered to the U.S. District Courthouse for the Eastern District of Virginia, Alexandria Division the morning of April 15, 2026 and date stamped by the Clerk's Office on that same date.

7. By the afternoon of April 16, 2026, the Opposition had yet to be added to the docket. On the afternoon of April 16, 2026 at approximately 4:30 PM, the Undersigned contacted Judge Novak's chambers and spoke to a male law clerk to inform the Court that the Opposition to the Motion for an Appeal Bond had been timely delivered to the Court, just as the Objections had been, but did not appear on the docket. The Undersigned further asked the law clerk if he would like her to send a courtesy copy of the Opposition to the Court and class counsel and was not instructed to do so.

8. Despite the Court receiving a hand-delivered copy of the Opposition to the Motion for an Appeal Bond by the stated deadline of April 15, 2026, the Opposition was not added to the docket in this case until two days after receipt, on April 17, 2026, but at that time the Clerk's Office correctly indicated that the Opposition had been timely filed on April 15, 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of May, 2026 in Washington D.C.

Michelle Coles
3001 Veazey Terrace Apt. 605
Washington DC 20008
202-412-9835
michellejones06@gmail.com

Proceeding Pro Se

3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRIGINA**
<u>Alexandria</u>          **DIVISION**

In re Capital One 360 Savings Account Interest Rate Litigation
_____
                    Plaintiff(s),


            v.


_____                    Civil Action Number: 1:24-MD-03111-DJN-WBP
                                                                                              _____
                    Defendant(s).


## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

Declaration of Michelle Coles in Support of Motion to Alter Judgment or Provide Relief from Order Setting a $25,0000 Appeal Bond, or In the Alternative, Stay the Appeal Bond Pending Appeal

**No attorney has prepared, or assisted in the preparation of** of the Appeal Bond, and Motion to Correct the Record    **(Title of Document)**

Michelle Coles
_____
Name of *Pro Se* Party (Print or Type)

*[signature]*
_____
Signature of *Pro Se* Party

Executed on: ____May 12, 2026_____ (Date)


OR


**The following attorney(s) prepared or assisted me in preparation of** _____.
                                                                                              **(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)